1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )   1:04-CR-5236 OWW
                                            )
12                  Plaintiff,              )   ORDER ON GOVERNMENT'S
                                            )   MOTION TO DISMISS
13                                          )   (Fed. R. Crim. P.  48 (a))
                                            )
14            v.                            )
                                            )
15   ARMANDO ZARCO CONTRERAS,               )
                                            )
16                  Defendant.              )
                                            )
17   _____       )

18                                     O R D E R

19        IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed

20   without prejudice and that any outstanding warrant be recalled.

21

22   IT IS SO ORDERED.

23   **Dated:    March 3, 2006**              _____/s/ Oliver W. Wanger_____
     emm0d6                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1